# United States Bankruptcy Court
## Northern District of California

In re **Weathertight Waterproofing & Restoration, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ABC Supply Company<br>5621 Palmer Way #G<br>West Region MBA<br>Carlsbad, CA 92010-7254 | ABC Supply Company<br>5621 Palmer Way #G<br>West Region MBA<br>Carlsbad, CA 92010-7254 | | | 24,811.54 |
| AFR, Inc.<br>196 Tunstead Ave.<br>San Anselmo, CA 94960 | AFR, Inc.<br>196 Tunstead Ave.<br>San Anselmo, CA 94960 | | | 23,300.00 |
| Ally<br>P.O. Box 780234<br>Phoenix, AZ 85062 | Ally<br>P.O. Box 780234<br>Phoenix, AZ 85062 | | | 48,768.32 |
| Burrows Construction Inc.<br>81 Cedar St.<br>San Francisco, CA 94109 | Burrows Construction Inc.<br>81 Cedar St.<br>San Francisco, CA 94109 | | | 23,106.98 |
| Companion Property and Casualty Ins<br>P.O. Box 100165<br>Columbia, SC 29202 | Companion Property and Casualty Ins<br>P.O. Box 100165<br>Columbia, SC 29202 | | | 28,032.83 |
| EDD State of CA<br>P.O. Box 826880<br>Sacramento, CA 94280 | EDD State of CA<br>P.O. Box 826880<br>Sacramento, CA 94280 | | | 20,000.00 |
| FasTrak<br>475 The Embarcadero<br>San Francisco, CA 94111 | FasTrak<br>475 The Embarcadero<br>San Francisco, CA 94111 | | | 39,672.00 |
| Fox Rothchild, LLP<br>2000 Market St., 20th Fl.<br>Philadelphia, PA 19103-3222 | Fox Rothchild, LLP<br>2000 Market St., 20th Fl.<br>Philadelphia, PA 19103-3222 | | | 118,028.85 |
| Gaco Western<br>200 W Mercer St., Ste. 202<br>Seattle, WA 98119 | Gaco Western<br>200 W Mercer St., Ste. 202<br>Seattle, WA 98119 | Case No. CGC-14-539499 | | 122,500.00 |
| George Hood, Inc.<br>dba Wildcat Metals<br>890 Faulstich Ct.<br>San Jose, CA 95112 | George Hood, Inc.<br>dba Wildcat Metals<br>890 Faulstich Ct.<br>San Jose, CA 95112 | | | 113,235.35 |
| Gintell Paint and Stain<br>10233 Red Fir Rd.<br>Truckee, CA 96161-2156 | Gintell Paint and Stain<br>10233 Red Fir Rd.<br>Truckee, CA 96161-2156 | | | 41,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Weathertight Waterproofing & Restoration, Inc.** Case No. _____
  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GVS Company, Inc.<br>100 Cielo Ln., #101<br>Novato, CA 94949 | GVS Company, Inc.<br>100 Cielo Ln., #101<br>Novato, CA 94949 | | | 60,763.12 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 941 taxes | | 60,000.00 |
| Joseph Gibson<br>1680 Lombard Street, #4<br>San Francisco, CA 94123 | Joseph Gibson<br>1680 Lombard Street, #4<br>San Francisco, CA 94123 | | | 79,285.75 |
| Joseph Gibson<br>1680 Lombard Street, #4<br>San Francisco, CA 94123 | Joseph Gibson<br>1680 Lombard Street, #4<br>San Francisco, CA 94123 | | | 95,411.64 |
| LTD Financial Services<br>7322 Southwest Freeway, Ste. 1600<br>Houston, TX 77074-2053 | LTD Financial Services<br>7322 Southwest Freeway, Ste. 1600<br>Houston, TX 77074-2053 | | | 20,992.15 |
| Mark Cunningham<br>c/o Albert Flor, Jr.<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Flr.<br>Oakland, CA 94607-4036 | Mark Cunningham<br>c/o Albert Flor, Jr.<br>Wendel, Rosen, Black & Dean LLP<br>Oakland, CA 94607-4036 | Usurious note | Contingent<br>Disputed | 80,000.00 |
| NF Industries<br>175 St. Tomas<br>Belvedere Tiburon, CA 94920 | NF Industries<br>175 St. Tomas<br>Belvedere Tiburon, CA 94920 | | | 65,000.00 |
| Premium Spray Products<br>1255 Kennestone Cir., Ste. 200<br>Marietta, GA 30066 | Premium Spray Products<br>1255 Kennestone Cir., Ste. 200<br>Marietta, GA 30066 | | | 33,000.00 |
| Wine Country Painting<br>1010 Stonedge Dr.<br>Napa, CA 94558 | Wine Country Painting<br>1010 Stonedge Dr.<br>Napa, CA 94558 | | | 26,500.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 25, 2015**   Signature  **/s/ Mike Farrell**
  **Mike Farrell**
  **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.